# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Harold J Nicholson and
Christine Y Blades

Case No.  19 B 00087
Chapter 13

DEBTORS

Judge Jack B Schmetterer

## NOTICE OF MOTION

TO:   US Trustee (by ECF)
Tom Vaughn, Chapter 13 Trustee (by ECF)
See attached Service List

PLEASE TAKE NOTICE that on <u>November 4, 2020, at 10:00 a.m.</u>, I will appear before the Honorable Jack B Schmetterer, or any judge sitting in that judge's place, and present Debtor's <u>Motion to Modify Plan</u>, a copy of which is attached.

**This motion will be presented and heard electronically using AT&T Teleconference**. No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must call this toll-free number: 1-877-336-1839. Then enter access code 3900709 followed by the pound (#) sign.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully submitted,

By:   /s/ Angie Lee
Debtors' attorney

Angie S Lee (Ill. #6282075)
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937
angieleelaw900@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-00087<br>Northern District of Illinois<br>Eastern Division<br>Wed Oct 21 05:17:29 CDT 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Consumer Portfolio Services<br>P.O. Box 57071<br>Irvine, CA 92619-7071 |
| Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Atlas Acquisitions LLC   (Services Credit Uni<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Blitt & Gaines PC<br>661 Glenn Ave<br>Wheeling, IL 60090-6017 | Bradley Sullivan<br>221 N LASALLE#1906<br>Chicago, IL 60601-1419 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 |
| Collection Bureau Of A<br>25954 Eden Landing Road<br>Hayward, CA 94545-3837 | Comenity Bank/carsons<br>Po Box 182789<br>Columbus, OH 43218-2789 | Consumer Portfolio Svc<br>19500 Jamboree Rd<br>Irvine, CA 92612-2411 |
| Countryplace Mortgage<br>15301 Spectrum Drive<br>Addison, TX 75001-4665 | Credit Management Lp<br>Po Box 118288<br>Carrollton, TX 75011-8288 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance Llc<br>Po Box 166097<br>Irving, TX 75016-6097 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Genesis/celtic Indigo<br>Po Box 4499<br>Beaverton, OR 97076-4499 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merchants Credit Guide<br>223 W Jackson Blvd Ste 7<br>Chicago, IL 60606-6914 | Merrick Bank Corp<br>10705 S Jordan Gateway<br>South Jordan, UT 84095-3977 |

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Oppity Fin
11 E. Adams
Chicago, IL 60603-6301

Opportunity Financial, LLC
130 E. Randolph Street
Suite 3400
Chicago, IL 60601-6379

PRA
PO Box 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA  98083-0788

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

Rep/build
Po Box 9203
Old Bethpage, NY 11804-9003

Safeco Insurance ASO VOLPE, DWIGHT
Wilber & Associates
210 Landmark Dr
Normal, IL 61761-2119

State Farm
MATHEIN & ROSTOKER
662 W GRAND 4TH FL
Chicago, IL 60654-5565

Syncb/tjx Cos
Po Box 965015
Orlando, FL 32896-5015

Syncb/walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Tbom/contfin
Pob 8099
Newark, DE 19714-8099

Angie S Lee
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor, IL 60422-0677

Christine Y Blades
75 Chillon Drive
Lynwood, IL 60411-6731

Harold J Nicholson Jr.
75 Chillon Drive
Lynwood, IL 60411-6731

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud, MN 56301-9617

American Honda Finance
2170 Point Blvd
Elgin, IL 60123

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

| | | |
|---|---|---|
| (d)Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>C/Ocapital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Tjx Rewards Credit Card<br>POB 41067<br>Norfolk VA 23541 | Razor Capital, LLC<br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive, Suite 350<br>Bloomington, MN 55437 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Consumer Portfolio Services<br>P. O. Box 57071<br>Irvine, CA 92619-7071 | (u)Indigo |
| (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   51<br>Bypassed recipients    4<br>Total                 55 | |

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: Harold J Nicholson and Christine Y Blades | Case No. 19 B 00087<br>Chapter 13 |
| DEBTORS | Judge Jack B Schmetterer |

## MOTION TO MODIFY PLAN and TO SHORTEN NOTICE

Now come Harold Nicholson and Christine Blades (hereinafter "DEBTORS"), by and through their attorney, Lee Ratliff & Associates LLC, and move this Honorable Court for entry of an Order to Modify their Plan and to shorten notice, and in support thereof, respectfully represents as follows:

1. On January 2, 2019, Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. Debtors' Plan was confirmed at $285.00 per month.

3. Debtors believed they were current and they have paid $5212.00.

4. Debtors request that the current default be deferred and that payments increase to $313.00 for the remaining months.

5. Debtors also request shortened notice due to Trustee's pending motion to dismiss.

6. Debtors wish to proceed with this case to keep their two vehicles.

7. Debtors also filed their 2019 taxes timely, but their attorney failed to submit them to the Trustee portal.

Wherefore, Debtors respectfully pray that this Court will enter an order modifying their Plan and for such other and further relief as this Court deems fair and just.

                                          Respectfully submitted,

                                          /s/ Angie S. Lee

Angie S. Lee #6282075               Attorney for the Debtors
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937
angieleelaw900@gmail.com