UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-00087
Harold J Nicholson and )
Christine Y Blades )
) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

### ORDER MODIFYING PLAN and TO SHORTEN NOTICE

THIS CAUSE coming to be heard on Debtors' Motion, shortened notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Motion is granted and the current default is deferred to the end of the Plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 04, 2020

**Prepared by:**

Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422