UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-00087 |
| HAROLD NICHOLSON AND | ) | |
| CHRISTINE BLADES | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING DEBTOR TO INCUR DEBT AND SHORTEN NOTICE

This matter coming before the Court on the Debtors' Motion, the Court having jurisdiction, with due notice having been given to all parties in interest,

IT IS ORDERED:

1. The Debtors' are granted leave for this motion to be heard on shortened notice,

2. The Debtors' are allowed to incur up to $13,000.00, at up to an interest rate of 23%, for a 2012 Chevy Equinox or similar vehicle, with monthly payments of up to $350.00 per month.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: April 28, 2022

**Prepared by:**

Dustin B. Allen
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)